# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| JoAnn James**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00418-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Brian Moyihan | ) | |
| Ronald Tankamnerd | | |
| Max O. Cogburn**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 18, 2017 Order.

July 18, 2017

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court